UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**RYAN FITCH,**

        **Plaintiff,**

                                 **CASE NO.:   1:15-CV-02969-SCJ**

**vs.**

**EROSOL, LLC, A GEORGIA
LIMITED LIABILITY
COMPANY, AND LUIS
CARRERAS, INDIVIDUALLY,**

        **Defendants.**
_____/

**JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

Plaintiff, RYAN FITCH, and Defendants, EROSOL, LLC, and LUIS CARRERAS, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby agree to dismiss this action **WITHOUT PREJUDICE**.

Dated this 6th day of July, 2016.

| */s/ C. RYAN MORGAN* | */s/ Kenneth A. Newby* |
|---|---|
| C. Ryan Morgan, Esq. | Kenneth A. Newby |
| Georgia Bar No.: 711884 | GA State Bar No. 179772 |
| MORGAN & MORGAN, P.A. | NEWBY LAW GROUP, LLC |
| P.O. Box 4979 | 55 Ivan Allen Jr. Blvd., Suite 820 |
| Orlando, FL 32802-4979 | Atlanta, GA 30308 |
| Telephone:  (407) 420-1414 | Tel: (404) 736-3727 (t) |

| | |
|---|---|
| Fax: (407) 420-5956<br>Email: rmorgan@forthepeople.com<br>***Attorneys for Plaintiff*** | Fax: (404) 745-0075 (f)<br>E-mail: ken@newbylawgroup.com<br>***Attorney for Defendant*** |